| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| JOHN THOMAS KLITSCH, II and | : | BANKRUPTCY NO.: 5-17-bk-01298-JJT |
| CHRISTINA KLITSCH, | : | [Doc. #61] |
| DEBTORS | : | |
| | : | |
| IN RE: | : | CHAPTER 7 |
| JAIRO J. LOPEZ, | : | BANKRUPTCY NO.: 5-17-bk-02270-JJT |
| DEBTOR | : | [Doc. #53] |
| | : | |
| IN RE: | : | CHAPTER 7 |
| ERICKA NICOLE MULLIN, | : | BANKRUPTCY NO.: 5-17-bk-02271-JJT |
| DEBTOR | : | [Doc. #47] |
| | : | |
| IN RE: | : | CHAPTER 7 |
| GREGORY J. SHINER, | : | BANKRUPTCY NO.: 5-17-bk-03137-JJT |
| DEBTOR | : | [Doc. #45] |
| | : | |
| IN RE: | : | CHAPTER 7 |
| MELISSA M. VALUKEVICH, | : | BANKRUPTCY NO.: 5-17-bk-03134-JJT |
| DEBTOR | : | [Doc. #53] |
| | : | |
| IN RE: | : | CHAPTER 7 |
| CAROLINE OULD, | : | BANKRUPTCY NO.: 5-17-bk-03143-JJT |
| DEBTOR | : | [Doc. #45] |

*********************************************************************

| | | |
|---|---|---|
| | : | |
| WILLIAM G. SCHWAB, TRUSTEE FOR | : | {**Nature of Proceeding**: Opinion re: Motion |
| EACH OF THE ABOVE-NAMED CASES, | : | for Section 105 Sanctions and Disgorge |
| MOVANT | : | Counsel Fees} |
| | : | |
| vs. | : | |
| | : | |
| KEVIN TANRIBILIR, UPRIGHT LAW, | : | |
| JASON R. ALLEN, LAW SOLUTIONS | : | |
| CHICAGO LLC, LAW SOLUTIONS LLP | : | |
| and UPRIGHT LAW LLC, | : | |
| RESPONDENTS | : | |

# <u>TECHNICAL CORRECTION TO OPINION</u><br><u>FILED JUNE 13, 2018</u>

The Opinion of this Court filed June 13, 2018, and which can be found at *In re Klitsch*,

587 B.R. 287 (Bkrtcy. M.D.Pa. 2018), shall be corrected as follows:

The sentence "The Judicial Code of Conduct, Canon 4.A.(5) requires that I take

appropriate action which, in this case, compels a referral to the United States Attorney for the District." located on page 11, lines 1 through 3 of the written Opinion, (*In re Klitsch*, 587 B.R. at 295), shall be changed to read "The Judicial Code of Conduct, Canon 3.B.(5) requires that I take appropriate action which, in this case, compels a referral to the United States Attorney for the District."

By the Court,

John J. Thomas, Bankruptcy Judge (CMP)

Date: October 31, 2018